■ YVONNE BRUMMELL, Respondent-Appellant, v HENDRICK BRUMMELL, Appellant-Respondent. [719 NYS2d 611] —In an action for a divorce and ancillary relief, the defendant appeals, as limited by his brief, from stated portions of a judgment of the

Supreme Court, Kings County (Rigler, J.), dated January 6, 2000, which, *inter alia*, awarded him only 40% of the value of the plaintiff's nursing license, and the plaintiff cross-appeals from so much of the same judgment as awarded the defendant 40% of the value of her nursing license.

Ordered that the judgment is affirmed insofar as appealed and cross-appealed from, without costs or disbursements.

The trial court providently exercised its discretion in awarding 40% of the value of the plaintiff's nursing license to the defendant (*see, Bugliari v Bugliari,* 169 AD2d 697; *Maloney v Maloney,* 137 AD2d 666).

The defendant's remaining contentions are without merit. Ritter, J. P., Friedmann, H. Miller and Smith, JJ., concur.